UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DELIVERMED HOLDINGS, LLC, WILLIAM R. DEETER ASSOCIATES, INC., and LINDA DEETER, | |
| Plaintiffs, | |
| v. | Case No. 10-cv-684-JPG-DGW |
| MICHAEL L SCHALTENBRAND, JOEY D. SIDDLE and MEDICATE PHARMACY, INC., | |
| Defendants. | |
| | consolidated with |
| MARK A SWIFT, | |
| Plaintiff, | |
| v. | Case No 10-cv-685-JPG-DGW |
| MICHAEL L SCHALTENBRAND, JOEY D. SIDDLE and MEDICATE PHARMACY, INC., | |
| Defendants. | |

## JUDGMENT OF ATTORNEY'S FEES

This matter having come before the Court and the Court having rendered a decision as to attorney's fees,

IT IS HEREBY ORDERED AND ADJUDGED that defendants/counterclaimants Michael L. Schaltenbrand, Joey D. Siddle and Medicate Pharmacy Inc. are awarded attorney's fees in the amount of $162,901.40 to be paid by plaintiff/counter-defendant DeliverMed Holdings LLC for their defense of Counts I, II and III and for their prosecution of Counterclaim 2; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Mark A. Swift is awarded attorney's fees in the amount of $25,931.22, to be paid by defendant Medicate Pharmacy Inc. for his prosecution of Count IX.

**DATED: November 29, 2012**          **NANCY J. ROSENSTENGEL, Clerk of Court**

**s/ Jina Hoyt, Deputy Clerk**

**Approved:**      s/ J. Phil Gilbert
          **J. PHIL GILBERT**
          **DISTRICT JUDGE**