UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DELIVERMED HOLDINGS, LLC, WILLIAM R. DEETER ASSOCIATES, INC., and LINDA DEETER,<br><br>        Plaintiffs,<br><br>    v.<br><br>MICHAEL L SCHALTENBRAND, JOEY D. SIDDLE and MEDICATE PHARMACY, INC.,<br><br>        Defendants. | Case No. 10-cv-684-JPG-DGW<br><br><br><br>consolidated with |
| MARK A SWIFT,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL L SCHALTENBRAND, JOEY D. SIDDLE and MEDICATE PHARMACY, INC.,<br><br>        Defendants. | Case No 10-cv-685-JPG-DGW |

**JUDGMENT**

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants/counterclaimants Michael L. Schaltenbrand and Medicate Pharmacy Inc. and against plaintiff/counter-defendant DeliverMed Holdings LLC on Counterclaim 1 for a declaration of copyright invalidity; and

IT IS FURTHER DECLARED that DeliverMed Holdings LLC's Certificate of Copyright Registration VA-1-766-676 for the 2-D artwork known as the "house and pestle" logo (VA 1-

766-676) is invalid.

All other claims in this case have been resolved by a prior judgment.

**DATED: January 30, 2014**         **NANCY J. ROSENSTENGEL, Clerk of Court**

                                    **By:** *s/ Melinda S. Duncan*
                                         Deputy Clerk


**Approved:**   *s/ J. Phil Gilbert*
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**

2