✎ AO 121 (6/90)

| TO: **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Case 3:10-cv-00684-JPG -DGW Document 145-1 Filed 11/04/11 Page 14 of 22 Page ID #2279
Case 3:10-cv-00684-JPG -DGW Document 59-2 Filed 08/30/10 Page 7 of 22 PAGE 10/12
03/29/2010 15:37 6183547425 SCHALTENBRAND ACCTG.

03/29/2010 13:19   6196743103                MEDICATE PHARMACY                    PAGE 01/08

WebVoyage Record View 1                                                          Page 1 of 1



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = medicate pharmacy
Search Results: Displaying 1 of 1 entries



*Medicate Pharmacy.*

              **Type of Work:** Visual Material
**Registration Number / Date:** VAu001003679 / 2009-10-20
        **Application Title:** Medicate Pharmacy.
                    **Title:** Medicate Pharmacy.
           **Description:** Electronic file (eService)
     **Copyright Claimant:** Michael L. Schaltenbrand, 1956- . Address: 1833 Kingshighway, Washington Park, IL, 62204, United States.
          **Date of Creation:** 2008
**Authorship on Application:** Michael L. Schaltenbrand, 1956- ; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork.
                  **Names:** Schaltenbrand, Michael L., 1956-



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record |
| Enter your email address: |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

**EXHIBIT 2**

http://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=medicate+pharmacy&Search...   3/29/2010

Page 7 of 9

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-766-676**

**Effective date of registration:**

April 9, 2011

---

### Title
**Title of Work:** DeliverMed house and pestle logo

### Completion/Publication
**Year of Completion:** 2008
**Date of 1st Publication:** June 1, 2008  **Nation of 1st Publication:** United States

### Author
- **Author:** Linda Deeter
  **Author Created:** 2-D artwork

  **Work made for hire:** Yes
  **Citizen of:** United States  **Domiciled in:** United States
  **Year Born:** 1946

### Copyright claimant
**Copyright Claimant:** DeliverMed Holdings, LLC
220 Melrose Street, Kenilworth, IL, 60043, United States
**Transfer Statement:** By written agreement

### Rights and Permissions
**Organization Name:** DeliverMed Holdings, LLC
**Address:** 220 Melrose Street
Kenilworth, IL 60043 United States

### Certification
**Name:** James A. McGurk
**Date:** April 9, 2011